CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/7/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| STEVEN RUCKER, JR., | |
| *Plaintiff*, | Case No. 6:23-CV-00003 |
| v. | ORDER |
| ZACHARY MILLER and MICHAEL JOHNSON, JR., | |
| *Defendants*. | Judge Norman K. Moon |

This matter is before the Court on Defendants' motion to dismiss. Dkt. 23. For the reasons set forth in the accompanying memorandum opinion, the Court hereby **DENIES** the motion to dismiss.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to the parties.

Entered this 7th day of August, 2023.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE