CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

5/20/2024

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

STEVE RUCKER, JR.,

      Plaintiff,

v.                                       Civil Action No. 6:23-cv-00003

MICHAEL JOHNSON, JR.,

      Defendant.

## ORDER

    Upon stipulation of dismissal filed by Plaintiff and Defendant, by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby ADJUDGED, ORDERED, AND DECREED that the Amended Complaint be DISMISSED WITH PREJUDICE, with all parties to bear their own attorneys' fees, costs, and expenses associated with any and all counts and claims.

    IT IS SO ORDERED.

                                            ENTER: 5 / 20 / 2024

                                            *NORMAN K. MOON*
                                            NORMAN K. MOON
                                            SENIOR UNITED STATES DISTRICT JUDGE